IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MIDWESTERN GAS ) | |
| TRANSMISSION COMPANY ) | |
| ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | Case No. 3:06-cv-00278 |
| ) | |
| 3.22 ACRES IN SUMNER COUNTY, ) | |
| TENNESSEE and JERRY HODGES ) | |
| ) | |
|     Respondent. ) | |

## ORDER GRANTING MIDWESTERN GAS TRANSMISSION COMPANY MOTION TO DISMISS

It appears to the Court that Petitioner's Motion to Dismiss is well taken and that the parties are in agreement that the funds on deposit with the Court for this action should be refunded to Plaintiff, Midwestern Gas Transmission Company, c/o Lela Hollabaugh at the address below.

    IT IS SO ORDERED and this action is dismissed.

Entered this the 27th day of May, 2008.

                                                    _____
                                                  District Judge Aleta Trauger

Submitted for Entry:


s/Lela M. Hollabaugh
Lela M. Hollabaugh (#14894)
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380
(615) 244-6804 fax
lhollabaugh@wallerlaw.com

*Attorneys for Midwestern Natural Gas Company*


## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

>Jerry Hodges
>410 Womack Road
>Portland, TN 37148


s/Lela M. Hollabaugh